**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2204**

_____

FEIFEI GU,

           Plaintiff - Appellant,

     v.

GINA ABADI; RICHARD VELASQUEZ; LAWRENCE KNIPEL; SERGIO JIMENEZ; REMAX; HONG YI ZENG, a/k/ Harry Zeng,

           Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:25-cv-00058-JPJ-PMS)

_____

Submitted:  December 23, 2025                 Decided:  December 31, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Feifei Gu, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Feifei Gu appeals the district court's order dismissing his civil complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Gu v. Abadi*, No. 1:25-cv-00058-JPJ-PMS (W.D. Va. Sep. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*